IN THE COURT OF APPEALS OF TENNESSEE

AT NASHVILLE

**FILED**

**July 31, 1998**

**Cecil W. Crowson**
**Appellate Court Clerk**

PATRICIA P. ASHE,                    )
                                     )
    Plaintiff/Appellant,         )          Appeal No.
                                     )          01-A-01-9710-CV-00563
v.                                   )
                                     )          Davidson Circuit
RADIATION ONCOLOGY ASSOCIATES        )          No. 95C-58
and STEVEN L. STROUP, M.D.,          )
                                     )          Reversed and Remanded.
    Defendants/Appellees.        )

# O R D E R

On July 10, 1998 an opinion was released in this case.

On July 13, 1998 the Supreme Court released the opinion in *Blanchard v. Kellum,* No. 02-S-01-9709-CV-00083.

While *Blanchard v. Kellum* has no effect on the disposition of this case, certain of the language in this case relative to informed consent must be altered in order to conform with *Blanchard.*

The opinion of July 10, 1998 in this case is hereby withdrawn and the revised opinion this day released is substituted for the withdrawn July 10, 1998 opinion.


_____
                        HENRY F. TODD, PRESIDING JUDGE


_____
                        BEN H. CANTRELL, JUDGE


_____
                        WILLIAM B. CAIN, JUDGE